1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBEL KELETA GOITOM,

Defendant.

NO.  MJ17-155

DETENTION ORDER

15 Offense charged:

16      Count 1:      Felon in Possession of a Firearm

17 Date of Detention Hearing:  April 27, 2017.

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19 based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      1.      Defendant has multiple assault convictions.

22      2.      Defendant has multiple charges and at least one conviction for illegal

23 possession of firearms.

24      3.      Defendant was on bond for a charge of illegal possession of firearms when the

25 events charged in the complaint took place.

26

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4.      The evidence against the defendant, although the least significant factor in making detention decisions, is very strong.

5.      Defendant has a history of failures to appear.

6.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of April, 2017.

_James P. Donohue_

JAMES P. DONOHUE
Chief United States Magistrate Judge